**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LEONARDO CASTRO MENDOZA, )<br><br>Petitioner, )<br><br>v. )<br><br>DAVID WESLING,<br>Acting Director, Boston Field Office, U.S.<br>Immigration and Customs Enforcement;<br>TODD LYONS, Acting Director, U.S.<br>Immigration and Customs Enforcement;<br>MARKWAYNE MULLIN, U.S. Secretary<br>of Homeland Security;<br>TODD BLANCE, Acting U.S. Attorney General )<br><br>Respondents. ) | **Case No. 26-cv-11974-ADB** |

**PETITIONER'S MOTION FOR HEARING**

Petitioner, through undersigned counsel, respectfully requests that this Court schedule a hearing for both parties to present oral arguments in the above-captioned matter. Petitioner respectfully believes that oral argument will assist the Court in deciding the case.

Date: June 9, 2026

Respectfully submitted,

*/s/ Yong Ho Song*
Yong Ho Song
Greater Boston Legal Services
197 Friend Street, 8th Floor
Boston, MA 02114
T: (617) 320-5180
ysong@gbls.org

1

*Counsel for Petitioner*

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel certifies that he conferred with Respondents' counsel prior to filing the foregoing motion. Respondents' counsel indicated to undersigned counsel that Respondents oppose the motion.

Date: June 9, 2026                                  /s/ Yong Ho Song
                                                    Yong Ho Song, Esq.


## CERTIFICATE OF SERVICE

I, Yong Ho Song, hereby certify that on June 9, 2026, a true copy of the above document was filed via the Court's CM/ECF system and that a copy will be sent automatically to all counsel of record.

                                                    */s/ Yong Ho Song*
                                                    Yong Ho Song
                                                    Greater Boston Legal Services
                                                    197 Friend Street, 8th Floor
                                                    Boston, MA 02114
                                                    T: (617) 320-5180
                                                    ysong@gbls.org